IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 MAY -3 PM 5: 12

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| DEBORAH S. PICKLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civ. No. 04-2898-Ma/P |
| ) | |
| KINDRED NURSING CENTERS ) | |
| LIMITED PARTNERSHIP d/b/a ) | |
| Cordova Rehabilitation and ) | |
| Nursing Center, ) | |
| ) | |
| Defendant. ) | |

## ORDER DENYING AS MOOT DEFENDANT'S MOTION TO STAY

Before the court is Defendant's Motion to Stay All Proceedings Pending Disposition of Defendant's Motion to Dismiss Or, In the Alternative, For Summary Judgement, filed April 11, 2005 (dkt #16). However, prior to the filing of this motion, on April 7, 2005, the court entered an order denying Defendant's motion to dismiss and staying discovery on all issues not relevant to the validity of the parties' arbitration agreement (dkt #15). Therefore, Defendant's April 11 motion is DENIED as moot.

IT IS SO ORDERED.

TU M. PHAM
United States Magistrate Judge

5/3/05
Date

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-9-05

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 2:04-CV-02898 was distributed by fax, mail, or direct printing on May 9, 2005 to the parties listed.

---

Darrell E. Baker
BAKER & WHITT PLLC
6800 Poplar Ave.
Ste. 205
Memphis, TN 38138

Deborah Whitt
BAKER & WHITT PLLC
6800 Poplar Ave.
Ste. 205
Memphis, TN 38138

W. Les Jones
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

David A. Siegel
NAHON SAHAROVICH & TROTZ, PLC
488 S. Mendenhall
Memphis, TN 38117

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

F. Laurens Brock
CHAMBLISS BAHNER & STOPHEL
Two Union Square
1000 Tallan Bldg.
Chattanooga, TN 37402

William Lee Maddux
CHAMBLISS BAHNER & STOPHEL
Two Union Square
1000 Tallen Bldg.
Chattanooga, TN 37402

Honorable Samuel Mays
US DISTRICT COURT