IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

DEBORAH S. PICKLER,

    Plaintiff,

VS.                                                         04-2898-Ma/P

KINDRED NURSING CENTERS
LIMITED PARTNERSHIP, d/b/a
Cordova Rehabilitation and Nursing Center,

    Defendants.

## ORDER GRANTING MOTION TO SET STATUS CONFERENCE

Before the court is the Defendants' May 17, 2005 motion requesting that a scheduling conference be set in this matter. For good cause shown, the motion is granted. A scheduling conference is set for **Tuesday, June 7, 2005 at 1:30 p.m.**

IT IS SO ORDERED this 20th day of May, 2005.

                              SAMUEL H. MAYS, JR.
                              UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-20-05

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 23 in case 2:04-CV-02898 was distributed by fax, mail, or direct printing on May 20, 2005 to the parties listed.

---

W. Les Jones
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

F. Laurens Brock
CHAMBLISS BAHNER & STOPHEL
Two Union Square
1000 Tallan Bldg.
Chattanooga, TN 37402

Deborah Whitt
BAKER & WHITT PLLC
6800 Poplar Ave.
Ste. 205
Memphis, TN 38138

Darrell E. Baker
BAKER & WHITT PLLC
6800 Poplar Ave.
Ste. 205
Memphis, TN 38138

David A. Siegel
NAHON SAHAROVICH & TROTZ, PLC
488 S. Mendenhall
Memphis, TN 38117

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

William Lee Maddux
CHAMBLISS BAHNER & STOPHEL
Two Union Square
1000 Tallen Bldg.
Chattanooga, TN 37402

Honorable Samuel Mays
US DISTRICT COURT