IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ℐℰ D.C.
05 JUN 15 PM 12: 21

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

DEBORAH S. PICKLER,

    Plaintiff,

VS.                             NO. 04-2898-Ma

KINDRED NURSING CENTERS LP,
d/b/a CORDOVA REHABILITATION
AND NURSING CENTER,

    Defendant.

## ORDER AMENDING SCHEDULE

    Pursuant to defendant's May 17, 2005, motion to modify the scheduling order in this matter, the court held a status conference on June 7, 2005.  Attending on behalf of the plaintiff were Les Jones and Trey Thacker.  Participating on behalf of the defendant were David Sadlow, and by telephone, Darryl Brand.  For good cause shown, the court grants the motion and amends the schedule as follows:

    1.    The deadline for expert disclosures is August 1, 2005.

    2.    The deadline for expert rebuttal is August 31, 2005.

    3.    The deadline for completing all discovery is September 30, 2005.

    4.    The parties will submit a joint proposed pretrial order by 5:00 p.m. on October 14, 2005.

    5.    A pretrial conference will be held on Friday, October 21, 2005, at 9:00 a.m.  Out of town counsel may

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-16-05

26

      participate by telephone.

6.    The non-jury trial is reset to Monday, October 31, 2005, at 9:30 a.m. and is expected to take 2 days.

Absent good cause, the amended schedule set by this order will not be modified or extended.

So ORDERED this 14th day of June, 2005.

                                            SAMUEL H. MAYS, JR.
                                            UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 26 in case 2:04-CV-02898 was distributed by fax, mail, or direct printing on June 16, 2005 to the parties listed.

---

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Deborah Whitt
BAKER & WHITT PLLC
6800 Poplar Ave.
Ste. 205
Memphis, TN 38138

David A. Siegel
NAHON SAHAROVICH & TROTZ, PLC
488 S. Mendenhall
Memphis, TN 38117

William Lee Maddux
CHAMBLISS BAHNER & STOPHEL
Two Union Square
1000 Tallen Bldg.
Chattanooga, TN 37402

W. Les Jones
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

F. Laurens Brock
CHAMBLISS BAHNER & STOPHEL
Two Union Square
1000 Tallan Bldg.
Chattanooga, TN 37402

Darrell E. Baker
BAKER & WHITT PLLC
6800 Poplar Ave.
Ste. 205
Memphis, TN 38138

Honorable Samuel Mays
US DISTRICT COURT