FILED BY eg D.C.
05 OCT 21 AM 9:51
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

DEBORAH S. PICKLER,

Plaintiff,

VS. NO. 04-2898-Ma

KINDRED NURSING CENTERS LIMITED PARTNERSHIP d/b/a CORDOVA REHABILITATION AND NURSING CENTER,

Defendant.

ORDER STAYING PROCEEDINGS

Before the court is defendant's October 13, 2005, unopposed motion for a stay of this proceeding to allow the parties an opportunity to pursue mediation of this matter. For good cause shown, the motion is granted. The schedule in this matter is stayed in order to allow the parties time to pursue mediation. A status conference is **set Monday, February 27, 2006, at 9:00 a.m.,** at which time the parties will report to the court on the status of mediation. If the matter has not been settled, the court will set a new schedule at that time.

It is so ORDERED this 20th day of October, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-21-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 28 in case 2:04-CV-02898 was distributed by fax, mail, or direct printing on October 21, 2005 to the parties listed.

---

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Deborah Whitt
BAKER & WHITT PLLC
6800 Poplar Ave.
Ste. 205
Memphis, TN 38138

David A. Siegel
NAHON SAHAROVICH & TROTZ, PLC
488 S. Mendenhall
Memphis, TN 38117

Darrell E. Baker
BAKER & WHITT PLLC
6800 Poplar Ave.
Ste. 205
Memphis, TN 38138

William Lee Maddux
CHAMBLISS BAHNER & STOPHEL
Two Union Square
1000 Tallen Bldg.
Chattanooga, TN 37402

W. Les Jones
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

F. Laurens Brock
CHAMBLISS BAHNER & STOPHEL
Two Union Square
1000 Tallan Bldg.
Chattanooga, TN 37402

Honorable Samuel Mays
US DISTRICT COURT